STATE OF MONTANA,

      Plaintiff,                            **NO. ADC-91-131**

    vs.                                    **DECISION**

DENNIS LEON VALCOURT,

      Defendant.

On December 4, 1991, the Defendant was sentenced to Count II, forty (40) years for Aggravated Burglary; the defendant is denied any eligibility for parole.

On October 22, 1992, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and represented himself. The state was represented by Mike McGrath, County Attorney from Helena.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed and wanted his case dismissed.

The petition is dismissed without prejudice at this time. Upon showing of good cause, the petitioner can reapply for Sentence Review at a later date.

DATED this 22nd day of October, 1992.

**Hon. Ed McLean, Chairman, Hon. Thomas M. McKittrick and Hon. G. Todd Baugh, Judges.**